# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CINDY ELLEN OCHOA, as an individual,<br><br>Plaintiff,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 775, an unincorporated labor association; PUBLIC CONSULTING GROUP, INC., a Massachusetts corporation; PUBLIC PARTNERSHIPS LLC, incorporated in Delaware; CHERYL STRANGE in her official capacity as SECRETARY of the DEPARTMENT OF SOCIAL AND HEALTH SERVICES, and JAY INSLEE, in his official capacity as GOVERNOR of the STATE OF WASHINGTON,<br><br>Defendants. | No. 2:18-CV-0297-TOR<br><br>**STIPULATED FED. R. EVID. 502(d) ORDER** |

RULE 502 ORDER

1

In accordance with Fed. R. Evid. 502(d), in order to conduct and respond to discovery expeditiously, the parties agree that a privilege or protection is not waived with respect to any federal or state proceeding by a disclosure in the instant action.

**AGREED AND STIPULATED** to this 5th day of February, 2019.

s/ Caleb Jon Vandenbos
Caleb Jon Vandenbos, WSBA #50231
cvandenbos@freedomfoundation.com
Sydney Phillips, WSBA #54295
SPhillips@freedomfoundation.com
FREEDOM FOUNDATION
P.O. Box 552,
Olympia, WA 98507-9501
T: 360.956.3482
F: 360.352.1874
*Attorneys for Plaintiff, Cindy Ochoa*

s/ Michael Subit_____
Michael C. Subit, WSBA #29189
705 Second Ave, Suite 1200
Seattle, Washington 98104
T: (206) 682-6711
F: (206) 682-0401
msubit@frankfreed.com
*Attorney for Defendant, SEIU 775*

| | |
|---|---|
| 1 | s/Cheryl Wolfe_____ |
| 2 | Cheryl L. Wolfe, WSBA # 15555 |
| | Senior Counsel |
| 3 | Labor and Personnel Division |
| | 1116 West Riverside Avenue, |
| 4 | Suite 100 |
| | Spokane, WA 99201 |
| 5 | (509) 456-3123 |
| | CherylW@atg.wa.gov |
| 6 | *Attorney for Defendants, Inslee and* |
| 7 | *Strange* |
| 8 | s/ Markus Louvier_____ |
| | Markus W. Louvier, WSBA #39319 |
| 9 | Evans, Craven & Lackie, P.S. |
| | 818 W. Riverside Ave., Ste. 250 |
| 10 | Spokane, WA 99201 |
| 11 | T: (509) 455-5200 |
| | F: (509) 455-3632 |
| 12 | mlouvier@ecl-law.com |
| | *Attorney for Defendants,* |
| 13 | *PCG and PP LLC* |

RULE 502 ORDER

**<u>ORDER</u>**

It is so ORDERED this 20th day of February, 2019.


⎯⎯⎯⎯⎯⎯⎯ Thomas O. Rice
THOMAS O. RICE
Chief United States District Judge