Sydney Phillips
WSBA # 54295
c/o Freedom Foundation
PO Box 552
Olympia, WA, 98507
SPhillips@freedomfoundation.com
360-956-3482

HONORABLE THOMAS O. RICE

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CINDY ELLEN OCHOA, as an individual,<br><br>Plaintiff,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 775, an unincorporated labor association; PUBLIC CONSULTING GROUP, INC., a Massachusetts corporation; PUBLIC PARTNERSHIPS LLC, incorporated in Delaware; CHERYL STRANGE in her official capacity as SECRETARY of the DEPARTMENT OF SOCIAL AND HEALTH SERVICES, and JAY INSLEE, in his official capacity as GOVERNOR of the STATE OF WASHINGTON,<br><br>Defendants. | No. 2:18-cv-00297-TOR<br><br>**PLAINTIFF CINDY ELLEN OCHOA'S NOTICE OF ACCEPTANCE OF DEFENDANT SEIU 775'S RULE 68 OFFER OF JUDGMENT.** |

NO. 2:18-cv-00297-TOR
PLAINTIFF'S ACCEPTANCE OF
DEFENDANT SEIU 775'S RULE 68
OFFER OF JUDGMENT

1

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT**

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff CINDY ELLEN OCHOA, through her undersigned counsel, hereby accepts and provides notice that she has accepted Defendant SEIU 775's Rule 68 Offer of Judgment to Plaintiff dated March 27, 2019, attached hereto as Exhibit A.

DATED this 27 day of March, 2019.

Respectfully submitted,

s/ Sydney Phillips
Sydney Phillips, WSBA #54295
SPhillips@freedomfoundation.com
Caleb Jon Vandenbos, WSBA #50231
cvandenbos@freedomfoundation.com
FREEDOM FOUNDATION
P.O. Box 552
Olympia, WA 98507-9501
T: 360.956.3482
F: 360.352.1874
*Attorneys for Plaintiff, Cindy Ochoa*

NO. 2:18-cv-00297-TOR
PLAINTIFF'S ACCEPTANCE OF
DEFENDANT SEIU 775'S RULE 68
OFFER OF JUDGMENT

2


P.O. Box 552, Olympia, WA 98507
P: 360.956.3482 | F: 360.352.1874

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2019, I filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generate a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice:

Cheryl L. Wolfe, WSBA No. 15555
Senior Counsel
Labor and Personnel Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201
(509) 456-3123
CherylW@atg.wa.gov
*Attorney for Jay Inslee and Cheryl Strange*

Michael C. Subit, WSBA #29189
705 Second Avenue, Suite 1200
Seattle, Washington 98104
Telephone: (206) 682-6711
Facsimile: (206) 682-0401
Email: msubit@frankfreed.com
*Attorney for SEIU 775*

Markus W. Louvier, WSBA #39319
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Ste. 250
Spokane, WA 99201
T: (509) 455-5200
F: (509) 455-3632
Email: mlouvier@ecl-law.com
*Attorney for Defendants, PCG and PP LLC*

Signed this 27 day of March, 2019.

/s/ Sydney Phillips
Sydney Phillips

# Exhibit A

HONORABLE THOMAS O. RICE

Michael C. Subit, WSBA #29189
FRANK FREED SUBIT & THOMAS LLP
705 Second Avenue, Suite 1200
Seattle, Washington 98104
Telephone: (206) 682-6711

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CINDY ELLEN OCHOA,<br><br>Plaintiff,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 775, *et al.*,<br><br>Defendants. | NO. 2:18-cv-00297-TOR<br><br>**DEFENDANT SEIU 775'S RULE 68 OFFER OF JUDGMENT TO PLAINTIFF** |

Without admitting fault, defendant SEIU 775 hereby offers, pursuant to Fed. R. Civ. P. 68, to allow judgment to be entered against it and in favor of plaintiff Cindy Ellen Ochoa in the sum of $28,000 (twenty-eight thousand dollars) inclusive of (1) costs accrued prior to the date of this offer, including reasonable attorneys' fees under 42 U.S.C. § 1988(b), and (2) attorneys' fees not recoverable as costs under 42 U.S.C. § 1988(b).

RULE 68 OFFER- 1
Case No. 2:18-cv-00297-TOR

FRANK FREED SUBIT & THOMAS LLP
705 Second Avenue, Suite 1200
Seattle, Washington 98104-1798
(206) 682-6711

DATED this 27th day of March, 2019.

FRANK FREED SUBIT & THOMAS LLP

By: /s/ Michael C. Subit, WSBA #29189
Michael C. Subit, WSBA #29189
705 Second Avenue, Suite 1200
Seattle, Washington 98104
Telephone: (206) 682-6711
Facsimile: (206) 682-0401
Email: msubit@frankfreed.com

*Attorneys for Defendant SEIU 775*

RULE 68 OFFER- 2
Case No. 2:18-cv-00297-TOR

FRANK FREED SUBIT & THOMAS LLP
705 Second Avenue, Suite 1200
Seattle, Washington 98104-1798
(206) 682-6711

# CERTIFICATE OF SERVICE

I, Hannelore Ohaus, certify and state as follows:

1. I am a citizen of the United States and a resident of the state of Washington; I am over the age of 18 years and not a party of the within entitled cause. I am employed by the law firm of Frank Freed Subit & Thomas LLP, whose address is 705 Second Avenue, Suite 1200, Seattle, Washington 98104.

2. I caused to be served upon counsel of record at the address and in the manner described below, on March 27, 2019, the foregoing document.

| | |
|---|---|
| Cheryl Lynn Wolfe<br>Attorney General of Washington<br>1116 W. Riverside Avenue<br>Spokane, WA 99201-1194<br>cherylw@atg.wa.gov | [ ] U.S. Mail<br>[ ] ABC Legal Messenger<br>[ ] Facsimile<br>[X] E-Mail |
| Markus W. Louvier<br>Evans, Craven & Lackie, P.S.<br>818 W. Riverside, Suite 250<br>Spokane, WA 99201-0910<br>mlouvier@ecl-law.com | [X] U.S. Mail<br>[ ] ABC Legal Messenger<br>[ ] Facsimile<br>[X] E-Mail |
| Caleb Jon F. Vandenbos<br>Sydney Phillips<br>Freedom Foundation<br>P.O. Box 552<br>Olympia, WA 98507<br>cvandenbos@freedomfoundation.com<br>sphillips@freedomfoundation.com | [ ] U.S. Mail<br>[ ] ABC Legal Messenger<br>[ ] Facsimile<br>[X] E-Mail |

RULE 68 OFFER- 3
Case No. 2:18-cv-00297-TOR

FRANK FREED SUBIT & THOMAS LLP
705 Second Avenue, Suite 1200
Seattle, Washington 98104-1798
(206) 682-6711

I hereby declare under the penalty of perjury of that the foregoing is true and correct.

DATED at Seattle, Washington on this 27th day of March 2019.

                                                      ____s/ Hannelore Ohaus_____
                                                      Hannelore Ohaus

RULE 68 OFFER- 4
Case No. 2:18-cv-00297-TOR

FRANK FREED SUBIT & THOMAS LLP
705 Second Avenue, Suite 1200
Seattle, Washington 98104-1798
(206) 682-6711