UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| CINDY ELLEN OCHOA, | NO: 2:18-CV-0297-TOR |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT IN A CIVIL CASE |
| SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 775, et al., | |
| Defendants. | |

**THE COURT HAS ORDERED** that judgment be entered as follows:

1. Pursuant to ECF No. 35, judgment is entered against Defendant SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 775 and in favor of Plaintiff CINDY ELLEN OCHOA in the sum of $28,000 (twenty-eight thousand dollars) inclusive of (1) costs accrued prior to the date of this offer, including reasonable attorneys' fees under 42 U.S.C. § 1988(b); and (2) attorneys' fees not recoverable as costs under 42 U.S.C. § 1988(b).

2. State Defendants' Motion for Summary Judgment (ECF No. 50) is **GRANTED**.  Defendants Washington State Governor Jay Inslee and Secretary of DSHS Cheryl Strange are **DISMISSED** from this action.

**THIS ACTION WAS DECIDED** by Chief Judge Thomas O. Rice on Defendants Strange and Inslee's Motion for Summary Judgment (ECF No. 50) and Plaintiff's Notice of Acceptance of Offer of Judgment (ECF No. 35).

DATED:  October 4, 2019.

    SEAN F. McAVOY
    Clerk of Court

    By: *s/Bridgette Fortenberry*
    Deputy Clerk

JUDGMENT IN A CIVIL CASE ~ 2